

**United States District Court**
**Northern District of Illinois**

In the Matter of

Delilah Parker

v.

Claire's Stores, Inc. et al

District Judge Andrea R. Wood

Case No. 20-CV-5574

Designated Magistrate Judge
Susan E. Cox

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Elaine E. Bucklo to be related to 20-CV-5090 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Andrea R. Wood**

Date: Friday, October 2, 2020

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Andrea R. Wood

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, October 5, 2020

District Reassignment - Finding of Relatedness