UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Delilah Parker, et al.
                        Plaintiff,

v.                                                  Case No.: 1:20−cv−05574
                                                    Honorable Andrea R. Wood

Claire's Stores, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/6/2020. For the reasons stated on the record, this case is administratively closed. Effective service in 1:20−cv−05574, Parker et al v. Claire's Stores, Inc. et al, will be deemed effective service for 1:20−cv−05090, Rossi v. Claire's Stores, Inc. et al. Civil case terminated. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.